JESSE S. HERNANDEZ (Bar No. 92708)
jsh@amclaw.com
VANESSA H. WIDENER (Bar No. 203967)
vhw@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)
jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street, 31st Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> DHI MORTGAGE COMPANY, LTD., a Texas limited partnership, <br><br> Defendant. | Case No. CV10-1560-PA (RCx) <br><br> **ORDER ON STIPULATION OF DISMISSAL** |

Based upon the Stipulation of Dismissal entered into between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, Receiver for INDYMAC BANK, F.S.B., and defendant DHI MORTGAGE COMPANY, LTD, it is hereby ordered that the above-captioned action be and hereby is dismissed in its entirety, as to all parties and causes of action, with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED.**

DATED:_June 1, 2011_____ _____
The Hon. Percy Anderson
Judge of the United States District Court

872790.1 5662.092